No. 956. CURTIS *v.* KELLY, SHERIFF. 

 *Per Curiam:* The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied. *M. H. Rosenhouse* for appellant. 

No. 9, Original. TEXAS *v.* NEW MEXICO. It is ordered by this Court that *John Raeburn Green, Esquire,* be and he is hereby, awarded the sum of $25,000 as compensation for his services as Special Master in this case, and that his disbursements totaling $7,611.27 be allowed. It is further ordered that the fee and disbursements of the Special Master be paid by the parties in the following proportions: Texas, 50%; New Mexico, 25%; and the Middle Rio Grande Conservancy District, 25%.

No. 10, Original. ARIZONA *v.* CALIFORNIA ET AL. The petition for an order approving payment on account of fees and expenses of the Special Master is granted and the parties are ordered to make payments to cover the expenses of the Special Master in the following proportions: Arizona, 28%; California, 28%; United States, 28%; Nevada, 12%; New Mexico, 2%; and Utah, 2%.

They are further ordered to make payments totaling $50,000 to *Simon H. Rifkind, Esquire,* Special Master, on account of the fee to be awarded by this Court as compensation for his services as Special Master. Such payments are to be made in the proportions set forth above.

This order is subject to any further award, allowance or division of costs or fees as this Court may deem proper.

THE CHIEF JUSTICE took no part in the consideration or decision of this petition.